(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sinclair, Valia** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-0795** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1207 Monroe Street**<br>**Evanston, IL 60202** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.
**\*\*\* Melvin J. Kaplan 1399446 \*\*\***

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Sinclair, Valia** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Valia Sinclair
Signature of Debtor **Valia Sinclair**

X _____
Signature of Joint Debtor

(954) 691-8682
Telephone Number

8-29-05
Date

**Signature of Attorney**

X /s/ Melvin J. Kaplan
Signature of Attorney for Debtor(s)
**Melvin J. Kaplan 1399446**
Printed Name of Attorney for Debtor(s)
**Melvin J. Kaplan & Associates**
Firm Name
**14 E. Jackson Blvd.**
**Suite 1200**
**Chicago, IL 60604**
Address                    Email: www.financialrelief.com
**(312)294-8989 Fax: (312)294-8995**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ Melvin J. Kaplan _____
Signature of Attorney for Debtor(s)      Date
**Melvin J. Kaplan 1399446**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

```
Advocate Healthcare
c/o Pellettieri & Associates
991 Oak Creek Drive
Lombard, IL 60148


AIG
640 Century Point
P.O. Box 953847
Lake Mary, FL 32795-3847


Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231


Allied Interstate
P.O. Box 361445
Columbus, OH 43236


Arthur S. Corrales, Esq.
P.O. Box 6340
Clearwater, FL 33758


AT&T Wireless
c/o Diversified Adjustment Service
600 Coon Rapids Blvd
Minneapolis, MN 55433


Bank of America
P.O. Box 25118
Tampa, FL 33622-5118


Bank of America
P.O. Box 21846
Greensboro, NC 27420-1846


Bank of America Visa
P.O. Box 30770
Tampa, FL 33630


Bell South
P.O. Box 15298
Wilmington, DE 19850
```

Bell South
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


CBUSA
P.O. Box 1990
Phoenix, AZ 85082


Charter One Bank
1325 Howard St.
Evanston, IL 60202


Chase
201 N. Walnut Street
Mail Stop De1-1027
Wilmington, DE 19801


Chase Auto Finance
P.O. Box 9001800
Louisville, KY 40290-1800


Citibank
c/o Triadvantage
1160 Centre Pointe Drive, Ste. 1
Saint Paul, MN 55120


Citibank (South Dakota)
c/o Patrick A. Carey, Esq.
P.O. Box 574226
Orlando, FL 32857


Citicard
P.O. Box 6000
The Lakes, NV 89163-6000


City of Chicago Dept. of Revenue
P.O. Box 88292
Chicago, IL 60680-1292


Complete Collection Service
1007 N. Federal Hwy. #280
Fort Lauderdale, FL 33304

```
Coral Springs Eye Institute
7886 W. Sample Rd.
Pompano Beach, FL 33065


Coral Springs Medical Center
P.O. Box 932541
Atlanta, GA 31193


Credit Recovery Corp
P.O. Box 492137
Fort Lauderdale, FL 33349


Creditors Exchange
P.O. Box 1335
Buffalo, NY 14240-1335


Creditors Interchange
P.O. Box 1335
Buffalo, NY 14240-1335


Crescent Dental
5522 W. Sample Road
Pompano Beach, FL 33073


Florida No Fault Insurance Agency
6000 W. Atlantic Blvd.
Bay #5
Pompano Beach, FL 33063


GC Services
P.O. Box 1419
Copperas Cove, TX 76522


GC Services
P.O. Box 95366
Atlanta, GA 30347


Guthy-Renker
P.O. Box 11448
Des Moines, IA 50336-1448


Home Depot
P.O. Box 103047
Roswell, GA 30076
```

```
Household Bank Mastercard
HSBC Card Services
P.O. Box 5222
Carol Stream, IL 60197-5222


Household Retail Service
c/o LGD Financial Services, Ltd
4553 Winters Chapel Road
Atlanta, GA 30360


HSBC
P.O. Box 80053
Salinas, CA 93912-0053


josef Tryzno, M.D. & Associates
950 N. Northwest highway
Park Ridge, IL 60068


L.A. Fitness
8105 Irvine Center Drive
Ste. 200
Irvine, CA 92618


Lincoln Park Institute for Oral & C
Dr. Marvin Greene & Dr. David Hanso
2449 N. Lincoln
Chicago, IL 60614


MBNA America
P.O. Box 15137
Wilmington, DE 19886


Merceds Benz Credit
P.O. Box 860
Roanoke, TX 76262


Nextel
P.O. Box 4191
Carol Stream, IL 60197-4191


Nicor Gas - BANKRUPTCY
P.O. Box 549
Aurora, IL 60507
```

North Broward Hospital District
1608 S.E. 3rd Avenue
Fort Lauderdale, FL 33316


Pellettieri & Assoc.
111 W. Jackson
Chicago, IL 60604


Phoenix Emerg Med of Broward L
P.O. Box 31361
Tampa, FL 33631


Plaza Associates
P.O. Box 18008
Hauppauge, NY 11788


Sears
P.O. Box 182156
Columbus, OH 43218


Sherman Acquisition II LP
c/o Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


So Fl Nuc Med/Boca Nuclear MD
603 N. Woodlynne Avenue
Tampa, FL 33609


Supra Telecom
c/o Rcknbckr
242 La Pala Drive
San Jose, CA 95127


Supra Telecom
P.O. Box 105226
Atlanta, GA 30348-5226


T-Mobile
c/o Superior Asset Management
P.O. Box 1205
Oaks, PA 19456

```
Tweraser Financial Group
c/o Credit Recovery Corp
P.O. Box 492137
Fort Lauderdale, FL 33349


Tweraser Financial Group
800 E. Cypress Rd.
Ste. 300
Fort Lauderdale, FL 33334


Wachovia Bank
P.O. Box 45038
FL0500RI Payments
Jacksonville, FL 32232-5038


World Savings
794 Davis Street
San Leandro, CA 94577
```

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Under chapter 7 a trustee takes possession of all tour property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.
The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.
Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are eligible for Chapter 13 only if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.
Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.
After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should also be reviewed with an attorney.

I, the debtor, affirm that I have read this notice.

| Date | Signature of Debtor | Case No. (if known) |
|---|---|---|
| 8-24-05 | X Valia Sinclair | |

DISTRIBUTION:        DEBTOR        COURT