**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Valia Sinclair, | ) | Case No. 05-35663 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 719
         Chicago, Illinois 60604

   On:   **July 12, 2007**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $375,055.35 |
   | b. | Disbursements | $361,870.80 |
   | c. | Net Cash Available for Distribution | $ 13,184.55 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson
Trustee | $0.00 | $21,627.77 | $76.54 |
| Jenner & Block
Attorney/Trustee | $0.00 | $11,941.50 | $40.89 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.
Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $28,797.11 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| | **THIS ESTATE IS ADMINISTRATIVELY INSOLVENT** | | |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated: **June 12, 2007**                              For the Court,

**KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
PH:     (312) 923-2981
FAX:   (312) 840-7381

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-35663   Doc 33   Filed 06/12/07   Entered 06/14/07 23:49:27   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                Page 1 of 2            Date Rcvd: Jun 12, 2007
Case: 05-35663                    Form ID: pdf002            Total Served: 66


The following entities were served by first class mail on Jun 14, 2007.
db           +Valia Sinclair,    1207 Monroe Street,    Evanston, IL 60202-2142
aty          +Darren L Besic,    Law Offices Of Darren L Besic,    5 East Wilson Street,    Batavia, IL 60510-2656
aty          +Elizabeth A Kalisz,    Jenner & Block,    One IBM Plaza,    Chicago, IL 60611-7603
aty          +Jenner & Block,    Jenner & Block,    One Ibm Plaza 37th Fl,    Chicago, IL 60611-3586
aty          +Melvin J Kaplan,    Melvin J Kaplan & Associates,    14 E Jackson Blvd Suite 1200,
               Chicago, IL 60604-2233
tr           +Ronald R Peterson,    Jenner & Block,    One IBM Plaza 38th Fl,    Chicago, IL 60611-3586
9779998       AIG,    640 Century Point,    P.O. Box 953847,    Lake Mary, FL 32795-3847
9780002      +AT&T Wireless,    c/o Diversified Adjustment Service,    600 Coon Rapids Blvd,
               Minneapolis, MN 55433-5549
9779997      +Advocate Healthcare,    c/o Pellettieri & Associates,    991 Oak Creek Drive,
               Lombard, IL 60148-6408
9779999      +Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231-7689
9780000      +Allied Interstate,    P.O. Box 361445,    Columbus, OH 43236-1445
9780001      +Arthur S. Corrales, Esq.,    P.O. Box 6340,    Clearwater, FL 33758-6340
9780003       Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
9780004       Bank of America,    P.O. Box 21846,    Greensboro, NC 27420-1846
9780005      +Bank of America Visa,    P.O. Box 30770,    Tampa, FL 33630-3770
9780006      +Bell South,    P.O. Box 15298,    Wilmington, DE 19850-5298
9780007       Bell South,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
9780008      +CBUSA,    P.O. Box 1990,    Phoenix, AZ 85001-1990
9780009      +Charter One Bank,    1325 Howard St.,    Evanston, IL 60202-3766
9780010      +Chase,    201 N. Walnut Street,    Mail Stop De1-1027,    Wilmington, DE 19801-2920
9780011       Chase Auto Finance,    P.O. Box 9001800,    Louisville, KY 40290-1800
10873904     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
9780012      +Citibank,    c/o Triadvantage,    1160 Centre Pointe Drive, Ste. 1,    Saint Paul, MN 55120-1270
9780013      +Citibank (South Dakota),    c/o Patrick A. Carey, Esq.,    P.O. Box 574226,    Orlando, FL 32857-4226
10948653      Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
9780014      +Citicard,    P.O. Box 6000,    The Lakes, NV 89163-0001
9780015       City of Chicago Dept. of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
9780016      +Complete Collection Service,    1007 N. Federal Hwy. #280,    Fort Lauderdale, FL 33304-1422
9780017      +Coral Springs Eye Institute,    7886 W. Sample Rd.,    Pompano Beach, FL 33065-4710
9780018      +Coral Springs Medical Center,    P.O. Box 932541,    Atlanta, GA 31193-2541
9780019      +Credit Recovery Corp,    P.O. Box 492137,    Fort Lauderdale, FL 33349-2137
9780020       Creditors Exchange,    P.O. Box 1335,    Buffalo, NY 14240-1335
9780021       Creditors Interchange,    P.O. Box 1335,    Buffalo, NY 14240-1335
9780022      +Crescent Dental,    5522 W. Sample Road,    Pompano Beach, FL 33073-3468
9780023      +Florida No Fault Insurance Agency,    6000 W. Atlantic Blvd.,    Bay #5,
               Pompano Beach, FL 33063-5132
9780024      +GC Services,    P.O. Box 1419,    Copperas Cove, TX 76522-5419
9780025      +GC Services,    P.O. Box 95366,    Atlanta, GA 30347-0366
9780026       Guthy-Renker,    P.O. Box 11448,    Des Moines, IA 50336-1448
9780030       HSBC,    P.O. Box 80053,    Salinas, CA 93912-0053
9780027      +Home Depot,    P.O. Box 103047,    Roswell, GA 30076-9047
9780028       Household Bank Mastercard,    HSBC Card Services,    P.O. Box 5222,    Carol Stream, IL 60197-5222
9780029      +Household Retail Service,    c/o LGD Financial Services, Ltd,    4553 Winters Chapel Road,
               Atlanta, GA 30360-2705
9780032      +L.A. Fitness,    8105 Irvine Center Drive,    Ste. 200,    Irvine, CA 92618-3096
10947910      LVNV Funding LLC its successors and assigns as,    assignee of Resurgent Capital LP/Citi,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9780033      +Lincoln Park Institute for Oral & C,    Dr. Marvin Greene & Dr. David Hanso,    2449 N. Lincoln,
               Chicago, IL 60614-2414
9780034      +MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
9780035      +Merceds Benz Credit,    P.O. Box 860,    Roanoke, TX 76262-0860
9780036       Nextel,    P.O. Box 4191,    Carol Stream, IL 60197-4191
9780037      +Nicor Gas - BANKRUPTCY,    P.O. Box 549,    Aurora, IL 60507-0549
9780038      +North Broward Hospital District,    1608 S.E. 3rd Avenue,    Fort Lauderdale, FL 33316-2564
9780039      +Pellettieri & Assoc.,    111 W. Jackson,    Chicago, IL 60604-3589
9780040      +Phoenix Emerg Med of Broward L,    P.O. Box 31361,    Tampa, FL 33631-3361
9780042      +Sears,    P.O. Box 182156,    Columbus, OH 43218-2156
9780043      +Sherman Acquisition II LP,    c/o Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
9780044      +So Fl Nuc Med/Boca Nuclear MD,    603 N. Woodlynne Avenue,    Tampa, FL 33609-1555
10895795     +Sprint Nextel Corporation,    Attn: Bankruptcy,    PO Box 172408,    Denver, CO 80217-2408
9780045      +Supra Telecom,    c/o Rcknbckr,    242 La Pala Drive,    San Jose, CA 95127-2103
9780046       Supra Telecom,    P.O. Box 105226,    Atlanta, GA 30348-5226
9780047      +T-Mobile,    c/o Superior Asset Management,    P.O. Box 1205,    Oaks, PA 19456-1205
9780048      +Tweraser Financial Group,    c/o Credit Recovery Corp,    P.O. Box 492137,
               Fort Lauderdale, FL 33349-2137
9780049       Tweraser Financial Group,    800 E. Cypress Rd.,    Ste. 300,    Fort Lauderdale, FL 33334
9780050     ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: Wachovia Bank,     P.O. Box 45038,    FL0500RI Payments,
               Jacksonville, FL 32232-5038)
10883946    ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court: World Savings,     PO Box 659558,    San Antonio, TX 78265-9558)
9780051      +World Savings,    794 Davis Street,    San Leandro, CA 94577-6900
9780031      +josef Tryzno, M.D. & Associates,    950 N. Northwest highway,    Park Ridge, IL 60068-2301
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jun 12, 2007
Case: 05-35663                 Form ID: pdf002          Total Served: 66
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Jun 13, 2007.
```
9780041      +E-mail/PDF: ebn@phinsolutions.com Jun 13 2007 01:33:37     Plaza Associates,   P.O. Box 18008,
              Hauppauge, NY 11788-8808
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Jenner & Block LLP
r            Nicholas J Marino
                                                                                          TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2007**          **Signature:** _/s/ Joseph Speetjens_