IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **VALIA SINCLAIR,** | ) | **CASE NO. 05-35663** |
| | ) | |
| Debtor. | ) | The Honorable John D. Schwartz, |
| | ) | Presiding |
| | ) | |

TRUSTEE'S FINAL ACCOUNT AND
APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

Ronald R. Peterson, the Trustee in this case, respectfully files this Account, and states:

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached as Exhibits A and B.

All checks have been cashed. Attached hereto as Exhibit C is the estate's Form 2 showing zero balance and the zero balance bank statement.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. § 350.

                                                                    */s/ Ronald R. Peterson*
                                                          RONALD R. PETERSON, Trustee for the
                                                          Bankruptcy Estate of Valia Sinclair

Ronald R. Peterson (01288743)
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL  60611
Telephone:  (312) 923-2981
Facsimile:   (312) 840-7381

Dated: December 12, 2007

1607185/1

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Valia Sinclair, | ) | Case No. 05-35663 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### ORDER AWARDING TRUSTEE'S ATTORNEY'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of his attorney's fees and expenses are allowed as follows:

1. Attorney for the Trustee/
   Jenner & Block

   | | |
   |---|---|
   | Compensation | $ 4,673.75 |
   | Expenses | $ 16.00 |
   | TOTAL | $ 4,689.75 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: **1 2 JUL 2007**

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Valia Sinclair, | ) | Case No. 05-35663 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

## DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $13,242.81 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 0.00 |
| Other: | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $13,242.81 |

1556846.1

EXHIBIT D - PAGE 1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 39.3116868% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $33,686.70 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee | | |
| | Fees | 21,627.77 | 8,502.24 |
| | Expenses | 76.54 | 30.09 |
| | Jenner & Block | | |
| | Fees | 11,941.50 | 4,694.41 |
| | Expenses | 40.89 | 16.07 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

1556846.1

**EXHIBIT D - PAGE 3**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $28,797.11 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | THIS ESTATE IS ADMINISTRATIVELY INSOLVENT | | |
| | | | |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

1556846.1                                                                        EXHIBIT D - PAGE 5

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been paid or disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 2 | World Savings P.O. Box 659558 San Antonio, TX 78265-0558 | 302,989.67 | Claim paid 8/24/06; see attached Form 2 and letter from claimant |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: July 17, 2007

/s/ Ronald R. Peterson
Ronald R. Peterson, Trustee

# EXHIBIT C

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-35663 -JDS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SINCLAIR, VALIA | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******8043 | Account Number / CD #: | ******6395 Money Market Account (Interest Earn |
| For Period Ending: | 12/10/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

Page: 1

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/24/06 | 1 | Galen and Jamie Tallas (CT&T) | Sale of Debtor's property | 1110-000 | 11,520.45 | | 11,520.45 |
| | | | Memo Amount:       373,391.25 Gross selling price | 1110-000 | | | |
| | | WORLD SAVINGS | Memo Amount:  ( 303,076.17 ) Mortgage payoff | 4110-000 | | | |
| | | CENTURY 21 - MARINO | Memo Amount:  ( 22,900.00 ) Brokers commission | 3510-000 | | | |
| | | COOK COUNTY | Memo Amount:  ( 8,359.15 ) Real estate taxes | 2820-000 | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:  ( 1,866.00 ) Title policy and other fees | 2500-000 | | | |
| | | COOK COUNTY | Memo Amount:  ( 187.50 ) Stamp tax | 2820-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount:  ( 378.00 ) Stamp tax & fees | 2820-000 | | | |
| | | CITY OF EVANSTON (J&B) | Memo Amount:  ( 1,987.82 ) Stamp tax | 2820-000 | | | |
| | | GALEN TALLAS | Memo Amount:  ( 15,616.16 ) Credits for redecoration rent secur | 2500-000 | | | |
| | | VALIA SINCLAIR | Memo Amount:  ( 7,500.00 ) Homestead exemption | 8100-002 | | | |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.21 | | 11,522.66 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.46 | | 11,532.12 |
| 10/12/06 | 1 | CT&T (for Galen & Jamie Tallas) | Additional sales proceeds | 1110-000 | 1,608.75 | | 13,140.87 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.50 | | 13,151.37 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.81 | | 13,162.18 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.18 | | 13,173.36 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.19 | | 13,184.55 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.11 | | 13,194.66 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.20 | | 13,205.86 |

Page Subtotals  13,205.86   0.00

LFORM24    Ver. 12.61

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 05-35663 -JDS
Case Name: SINCLAIR, VALIA
Taxpayer ID No: ******8043
For Period Ending: 12/10/07

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6395 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.86 | | 13,216.72 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.23 | | 13,227.95 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.87 | | 13,238.82 |
| 07/12/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.99 | | 13,242.81 |
| 07/12/07 | | Transfer to Acct #*******6735 | Final Posting Transfer | 9999-000 | | 13,242.81 | 0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 13,242.81 | 13,242.81 |
| | Less: Bank Transfers/CD's | 0.00 | 13,242.81 |
| | Subtotal | 13,242.81 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 13,242.81 | 0.00 |

Memo Allocation Receipts: 373,391.25
Memo Allocation Disbursements: 361,870.80

Memo Allocation Net: 11,520.45

Page Subtotals    36.95    13,242.81

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-35663 -JDS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SINCLAIR, VALIA | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******8043 | Account Number / CD #: | ******6735  BofA - Checking Account |
| For Period Ending: | 12/10/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/07 | | | Transfer In From MMA Account | 9999-000 | 13,242.81 | | 13,242.81 |
| 08/14/07 | 003001 | Jenner & Block LLP<br>330 North Wabash<br>Chicago, Illinois 60611-7603 | Transfer from Acct #******6395<br>Trustee's compensation | | | 8,532.33 | 4,710.48 |
| | | | Fees  8,502.24 | 2100-000 | | | 4,710.48 |
| | | | Expenses  30.09 | 2200-000 | | | |
| 08/14/07 | 003002 | Jenner & Block<br>330 North Wabash<br>Chicago, Illinois 60611-7603 | Trustee Counsel's Fee | | | 4,710.48 | 0.00 |
| | | | Fees  4,694.41 | 3110-000 | | | |
| | | | Expenses  16.07 | 3120-000 | | | |

|  | COLUMN TOTALS | | 13,242.81 | 13,242.81 | |
|---|---|---|---|---|---|
|  | | Less: Bank Transfers/CD's | 13,242.81 | 0.00 | |
|  | Subtotal | | 0.00 | 13,242.81 | |
|  | | Less: Payments to Debtors | | 0.00 | |
|  | Net | | 0.00 | 13,242.81 | |

| Total Allocation Receipts: | 373,391.25 |
|---|---|
| Total Allocation Disbursements: | 361,870.80 |
| Total Memo Allocation Net: | 11,520.45 |

| | Memo Allocation Receipts: | 0.00 |
|---|---|---|
| | Memo Allocation Disbursements: | 0.00 |
| | Memo Allocation Net: | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ******6395 | 0.00 | 0.00 | 0.00 |
| BofA - Checking Account - ******6735 | 13,242.81 | 13,242.81 | 0.00 |
| | 13,242.81 | 13,242.81 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    13,242.81    13,242.81

LFORM24    Ver. 12.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Case No: 05-35663 -JDS
Case Name: SINCLAIR, VALIA
Taxpayer ID No: \*\*\*\*\*\*8043
For Period Ending: 12/10/07

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*6735 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals   0.00   0.00

LFORM24   Ver 12.61